UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

REGINA V. GUESS,

                              Plaintiff,

                                                          <u>ORDER</u>

                                                           11-CV-6473L

                              v.

UNIVERSITY OF ROCHESTER,

                              Defendant.
_____

     Plaintiff, proceeding *pro se*, filed a motion for default judgment (Dkt. #5) based on defendant's failure to timely answer. Counsel for defendant submitted a letter (Dkt. #7) opposing the motion for default judgment.

     Based on the factual matters set forth in defense counsel's letter and the law concerning proper service, the time for defendant to answer has not yet expired and, therefore, plaintiff's motion (Dkt. #5) for a default judgment is in all respects denied.

     IT IS SO ORDERED.

                                                   _____
                                                       DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
         November 14, 2011.