UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

REGINA V. GUESS,

                        Plaintiff,

                                                      ORDER

                                                      11-CV-6473L

               v.

UNIVERSITY OF ROCHESTER,

                        Defendant.
_____

      Plaintiff, proceeding *pro se*, filed a motion for default judgment (Dkt. #5) based on defendant's failure to timely answer. Counsel for defendant submitted a letter (Dkt. #7) opposing the motion for default judgment.

      Based on the factual matters set forth in defense counsel's letter and the law concerning proper service, the time for defendant to answer has not yet expired and, therefore, plaintiff's motion (Dkt. #5) for a default judgment is in all respects denied.

      IT IS SO ORDERED.

                                            _____
                                               DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
        November 14, 2011.